```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 17-24159-CV-KING
                              MAGISTRATE JUDGE P.A. WHITE
```

MARTIN ROFILA,

    Petitioner,

v.                              REPORT RECOMMENDING
                              TRANSFER OF VENUE

UNITED STATES OF AMERICA,
ET AL.,

    Respondents.

_____

    Martin Rofila is presently confined at the Folkston Processing Center, in Folkston, Georgia and has filed a <u>pro se</u> petition for writ of habeas corpus pursuant to 28 U.S.C. §2241-43, seeking release from detention by the United States Department of Homeland Security.

    The institution where the petitioner is confined is located in Folkston, Georgia which lies in the Southern District of Georgia.

    The applicable venue provision for a §2241 action is 28 U.S.C. §2241(d), which provides concurrent jurisdiction in the district of confinement and the district of conviction, when a state conviction is attacked as unconstitutional. This petition does not attack the validity of a state conviction, but rather challenges the petitioner's continued immigration detention. The appropriate venue is therefore the district of confinement. <u>See</u>: <u>Fernandez v. United States</u>, 941 F.2d 1488, 1495 (11th Cir. 1991); <u>Hajduk v. United States</u>, 764 F.2d 795 (11 Cir. 1985); and <u>United States v. Boccadisi</u>, 468 F.Supp. 419 (E.D.N.Y. 1979).

Since this case has no connection with the Southern District of Florida, because the petitioner is confined in the jurisdiction of the Southern District of Georgia, it is therefore recommended that the Clerk be directed to transfer this case to the United States District Court for the Southern District of Georgia.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report. Failure to file timely objections shall bar plaintiff from a *de novo* determination by the district judge of an issue covered in this report and shall bar the parties from attacking on appeal factual findings accepted or adopted by the district judge except upon grounds of plain error or manifest injustice. See 28 U.S.C. §636(b)(1); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790, 794 (1989); LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Dated this 15th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

cc:
Martin Rofila
A-208 730 419
Folkston ICE Processing Center
Inmate Mail/Parcels
3026 Highway 252 East
Folkston, GA 31537
PRO SE

Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov