IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-24159-CIV-KING/WHITE

MARTIN ROFILA,

    Petitioner,

v.

UNITED STATES OF AMERICA,
ET AL.,

    Respondents.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court upon Magistrate Judge Patrick A. White's November 15, 2017 Report and Recommendation (DE #3). Magistrate Judge White recommends transferring Defendant's habeas corpus petition to the Defendant's district of confinement – the Southern District of Georgia. After careful consideration, the Court determines that Magistrate Judge White's Report and Recommendation contains well-reasoned recommendations.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. Magistrate Judge White's Report and Recommendation (DE #3) is hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2. The Clerk of Court is ordered to transfer the entire case file in the above-styled case to the Clerk of Court for the Southern District of Georgia.

3. All pending motions are **DENIED** as **MOOT**.

**DONE AND ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this 14th day of February, 2018.

                                                    _____
                                                    JAMES LAWRENCE KING
                                                    UNITED STATES DISTRICT JUDGE

Cc:
**Magistrate Judge Patrick A. White**

**Martin Rofila**
A-208 730 419
Folkston ICE Processing Center
Inmate Mail/Parcels
3026 Highway 252 East
Folkston, GA 31537
PRO SE

**Counsel for Defendant**
**Alicia Hayley Welch**
U.S. Attorney's Office
Civil Division
99 N.E. 4th Street
Miami, FL 33132
305-961-9370
Email: Alicia.Welch@usdoj.gov